THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM RUTH, Appellant, v. JOHN P. LEO and Others, Constituting the Board of Appeals Created by Chapter 503 of the Laws of 1916,* Respondents.— Order affirmed, with

---

* Adding to Greater New York Charter (Laws of 1901, chap. 466), § 718-d et seq., as amd. by Laws of 1917, chap. 601.— [REP.

ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. EUGENE AUSTIN, Appellant, v. CHARLES B. MANVILLE, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page, and Greenbaum, JJ.

EUGENE THALMESSINGER, Appellant, v. PINE RIDGE COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.